UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW BRYANT SHEETS,

    Plaintiff,

v.                               Case No.:  2:24-cv-958-JES-KCD

CHARLOTTE COUNTY, TONY
PRIBBLE, LINDA ARMSTRONG,
JULIE SEARGENT, ROBERT
CESTARO, WEISER SECURITY,
MATTHEW ROEPSTORFF and
HECTOR FLORES,

    Defendants.
_____/

## ORDER

Plaintiff Andrew Bryant Sheets moves to strike a filing. (Doc. 37.) Plaintiff's motion is **DENIED** because he failed to comply with Local Rule 3.01(g), which requires that the movant "confer with the opposing party in a good faith effort to resolve the motion" and include a certificate explaining the results of the conferral. Any renewed motion must contain a Rule 3.01(g) certificate.

**ORDERED** in Fort Myers, Florida on December 9, 2024.

*Kyle C. Dudek*
United States Magistrate Judge

Copies:  All Parties of Record